B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Western District of North Carolina | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sharon Luggage Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**56-1648063** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**8000 Arrowridge Boulevard**<br>**Charlotte, NC**<br><br>ZIP Code **28273** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Mecklenburg** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                                           Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Sharon Luggage Ltd.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)                   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Sharon Luggage Ltd.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ T. Jonathan Adams
Signature of Attorney for Debtor(s)

 **T. Jonathan Adams**
Printed Name of Attorney for Debtor(s)

 **Hamilton Moon Stephens Steele & Martin, PLLC**
Firm Name
 **201 South College Street**
 **Suite 2020**
 **Charlotte, NC 28244**
Address

 **704-344-1117  Fax: 704-344-1483**
Telephone Number
 **January 13, 2011**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ H. Paul Steiger
Signature of Authorized Individual
 **H. Paul Steiger**
Printed Name of Authorized Individual
 **President**
Title of Authorized Individual
 **January 13, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## CORPORATE RESOLUTION

I, H. Paul Steiger, being the President of Sharon Luggage Ltd., a North Carolina limited corporation (the "Company") having a corporate headquarters located at 8000 Arrowridge Boulevard, Charlotte, NC 28273 do hereby adopt the following resolutions by signing below to consent to action without holding a formal meeting of the Board of the Company:

RESOLVED, that the filing by the Company of a petition for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and it is

FURTHER RESOLVED, that the officers of the Company are authorized, empowered, and directed to execute on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, forms, schedules, application or any other pleadings or documents which are necessary or appropriate, including debtor-in-possession financing arrangements; and it is

FURTHER RESOLVED, that the retention on behalf of the Company of the law firm of Hamilton Moon Stephens Steele & Martin, PLLC, upon such terms and conditions as the officers of the Company shall approve, to render legal services to, and to represent the Company in connection with such chapter 11 proceedings and other related matters in connection therewith, is authorized and approved; and it is

FURTHER RESOLVED, that any of the officers of the Company are each severally authorized to retain on behalf of the Company such other professionals as the officers of the Company deem necessary or appropriate, upon such terms and conditions as the officers of the Company shall approve, to render services to the Company in connection with such chapter 11 proceedings and with respect to other related matters in connection therewith; and it is

FURTHER RESOLVED, that any of the officers of the Company are authorized, empowered, and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to bankruptcy court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all actions taken by the officers of the Company prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

Dated: Charlotte, North Carolina
January 13, 2011

By:        /s/ H. Paul Steiger
Name: H. Paul Steiger, President

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re    **Sharon Luggage Ltd.**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **CBL-SHOPS AT FRIENDLY LLC**<br>**PO BOX 74597**<br>**CLEVELAND, OH 44194-4957** | **CBL-SHOPS AT FRIENDLY LLC**<br>**PO BOX 74597**<br>**CLEVELAND, OH 44194-4957** | | | **27,274.97** |
| **CITIBUSINESS CARD**<br>**PO BOX 183051**<br>**COLUMBUS, OH 43218-3051** | **CITIBUSINESS CARD**<br>**PO BOX 183051**<br>**COLUMBUS, OH 43218-3051** | | | **18,518.26** |
| **CROSS**<br>**PO BOX 414635**<br>**BOSTON, MA 02241-4635** | **CROSS**<br>**PO BOX 414635**<br>**BOSTON, MA 02241-4635** | | | **25,540.26** |
| **EAGLE CREEK TRAVEL**<br>**PO BOX 797096**<br>**ST LOUIS, MO 63179-7000** | **EAGLE CREEK TRAVEL**<br>**PO BOX 797096**<br>**ST LOUIS, MO 63179-7000** | | | **25,511.12** |
| **HIGH SIERRA SPORT CO**<br>**880 CORPORATE WOODS PARKWAY**<br>**VERNON HILLS, IL 60061-3164** | **HIGH SIERRA SPORT CO**<br>**880 CORPORATE WOODS PARKWAY**<br>**VERNON HILLS, IL 60061-3164** | | | **18,165.93** |
| **HMSHOST CORPORATION**<br>**7217 COLLECTION CENTER DRIVE**<br>**CHICAGO, IL 60693** | **HMSHOST CORPORATION**<br>**7217 COLLECTION CENTER DRIVE**<br>**CHICAGO, IL 60693** | | | **29,275.01** |
| **HUGO BOSCA COMPANY INC**<br>**PO BOX 777**<br>**SPRINGFIELD, OH 45501** | **HUGO BOSCA COMPANY INC**<br>**PO BOX 777**<br>**SPRINGFIELD, OH 45501** | | | **21,405.21** |
| **J WORLD SPORTS INC**<br>**210 S NEWMAN ST**<br>**HACKENSACK, NJ 07601** | **J WORLD SPORTS INC**<br>**210 S NEWMAN ST**<br>**HACKENSACK, NJ 07601** | | | **38,567.00** |
| **JANSPORT**<br>**13911 COLLECTIONS CENTER DR**<br>**CHICAGO, IL 60693** | **JANSPORT**<br>**13911 COLLECTIONS CENTER DR**<br>**CHICAGO, IL 60693** | | | **135,714.28** |
| **JG WINSTON-SALEM, LLC**<br>**PO BOX 74314**<br>**CLEVELAND, OH 44194-4314** | **JG WINSTON-SALEM, LLC**<br>**PO BOX 74314**<br>**CLEVELAND, OH 44194-4314** | | | **33,289.89** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Sharon Luggage Ltd.**                                                Case No. _____

                                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| MECKLENBURG CNTY TAX COLL<br>PO BOX 71063<br>CHARLOTTE, NC 28232-1063 | MECKLENBURG CNTY TAX COLL<br>PO BOX 71063<br>CHARLOTTE, NC 28232-1063 | | | 22,120.43 |
| NC DEPARTMENT OF REVNUE<br>RALEIGH, NC 27640 | NC DEPARTMENT OF REVNUE<br>RALEIGH, NC 27640 | | | 40,000.00 |
| NORTHFACE<br>13911 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | NORTHFACE<br>13911 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | | | 73,277.37 |
| PARAGON<br>1111-A BELL AVE<br>TUSTIN, CA 92780 | PARAGON<br>1111-A BELL AVE<br>TUSTIN, CA 92780 | | | 19,101.58 |
| SCULLY SPORTSWEAR, INC.<br>1701 PACIFIC AVE<br>OXNARD, CA 93033 | SCULLY SPORTSWEAR, INC.<br>1701 PACIFIC AVE<br>OXNARD, CA 93033 | | | 29,084.19 |
| SOUTHPARK MALL, LP<br>PO BOX 409276<br>ATLANTA, GA 30384-9276 | SOUTHPARK MALL, LP<br>PO BOX 409276<br>ATLANTA, GA 30384-9276 | | | 101,000.00 |
| TRAVELPRO<br>36991 TREASURY CENTER<br>CHICAGO, IL 60694-6900 | TRAVELPRO<br>36991 TREASURY CENTER<br>CHICAGO, IL 60694-6900 | | | 30,460.83 |
| TRG ACCESSORIES<br>PO BOX 795011<br>ST LOUIS, MO 63179-0795 | TRG ACCESSORIES<br>PO BOX 795011<br>ST LOUIS, MO 63179-0795 | | | 145,369.75 |
| UNITED PARCEL SERVICE<br>PO BOX 7247-0244<br>PHILADELPHIA, PA 19170-0001 | UNITED PARCEL SERVICE<br>PO BOX 7247-0244<br>PHILADELPHIA, PA 19170-0001 | | | 18,504.09 |
| VERA BRADLEY DESIGNS<br>DEPARTMENT 6002<br>CAROL STREAM, IL 60122-6002 | VERA BRADLEY DESIGNS<br>DEPARTMENT 6002<br>CAROL STREAM, IL 60122-6002 | | | 43,810.50 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 13, 2011**                  Signature  **/s/ H. Paul Steiger**

                                                          **H. Paul Steiger**<br>                                                          **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

95 AND SUNNY INC
7931 E. PECOS RD
SUITE 162, BLDG 4
MESA, AZ 85212


ACCESSORY NETWORK GROUP
WELLS FARGO TRADE CAPITAL
PO BOX 360286
PITTSBURGH, PA 15250-6286


ACCIDENT FUND INSURANCE
PO BOX 77000 DEPT 77125
DETROIT, MI 48277


ACME STUDIOS
PO BOX 89
KULA MAUI, HI 96790


ADAM C HALL
238 WESTRIDGE DR
KING, NC 27021


ALEXX INC
6520 PLATT
UNIT 633
WEST HILLS, CA 91307


ANTLER USA LTD
2200 S BUSSE RD
SUITE C
MT PROSPECT, IL 60056


ARIANA J STEWART
2001 HAUSER RD
LEWISVILLE, NC 27023


ASHEVILLE MALL LLC
PO BOX 74209
CLEVELAND, OH 44194-4209


ASTON
153 W 27TH ST
9TH FLOOR
NEW YORK, NY 10001

```
AT&T
PO BOX 105503
ATLANTA, GA 30348-5503


AT&T
PO BOX 13148
NEWARK, NJ 07101-5648


AUSTIN HOUSE
C/O TRAVELPRO
39212 TREASURY CENTER
CHICAGO, IL 60694-9200


BAEKGAARD
1240 SILVERADO DR
ROANOKE, IN 46783


BAGGALINI INC
1887 SE MILPORT RD
MILWAUKIE, OR 97222


BARBARA MCDONALD
277 KENDRA DR SW
CONCORD, NC 28025


BERTHA G TILLMAN
6117 WILLIAMS RD
CHARLOTTE, NC 28215


BONNY J WILGUS
2649 WINDY CROSSING
WINSTON-SALEM, NC 27127


BRIC'S USA INC
320 5TH AVE
SUITE 6506
NEW YORK, NY 10001


BRIGGS & RILEY
PO BOX 13724
NEWARK, NJ 07188-3724


BUSHNELL
DEPT CH 16395
PALATINE, IL 60055-6395
```

BUXTON\DOPP
PO BOX 1036
CHARLOTTE, NC 28201-1036


CAPITAL ONE BANK
PO BOX 71083
CHARLOTTE, NC 28272-1083


CAROLINA RETAIL PACKAGING
138 ZENKER ROAD
PO  BOX 1255
LEXINGTON, SC 29072


CAROLYN MALCOLM
410 HAWLEY AVENUE
BELMONT, NC 28012


CARSON
35 GILPIN AVE
HAUPPAUGE, NY 11788


CARY VENTURE LIMITED PRT
PO BOX 74249
CLEVELAND, OH 44194-4249


CATHAYANA INC
5061 BABBIT DR
TROY, MI 48085


CBL-SHOPS AT FRIENDLY LLC
PO BOX 74597
CLEVELAND, OH 44194-4957


CH MARKETING LLC
461 FRELINGHUYSEN AVE
NEWARK, NJ 07114


CHAMPION TREASURES
PO BOX 73360
CLEVELAND, OH 44193


CHARLENE BRAY
5005-D LAWNDALE DR
GREENSBORO, NC 27455

CHARTPAK
PO BOX 847049
BOSTON, MA 02284-7049


CHICOBAG COMPANY
349 HUSS DR
CHICO, CA 95928


CHRISTINE RICCI
905 PEBBLE DR
GREENSBORO, NC 27410


CINDA B INC
1530 PROGRESS ROAD
FORT WAYNE, IN 46808


CITIBUSINESS CARD
PO BOX 183051
COLUMBUS, OH 43218-3051


CITY OF ASHEVILLE
PO BOX 733
ASHEVILLE, NC 28802


CITY OF CHARLOTTE
BILLING CENTER
600 E 4TH ST
CHARLOTTE, NC 28202


COLUMBIA SPORTSWEAR
PO BOX 535118
ATLANTA, GA 30353-5118


CORNELIUS ALSBROOKS
1003 NANCY LN
WINSTON-SALEM, NC 27105


CREATIVE EMBROIDERY
3603 BASTION LN
SUITE 107
RALEIGH, NC 27604


CREATIVE RESOURCES
41 INDUSTRIAL DR
EXETER, NH 03833

CREATIVE WHACK COMPANY
179 LUDLOW ST
STAMFORD, CT 06902


CROCKFORD & ASSOC
5950 FAIRVIEW RD
CHARLOTTE, NC 28210


CROSS
PO BOX 414635
BOSTON, MA 02241-4635


CVM HOLDING LLC
PO BOX 409254
ATLANTA, GA 30384-9254


DAKINE HAWAII INC
408 COLUMBIA #300
HOOD RIVER, OR 97031


DARYL BAIRD
410 HAWLEY AVENUE
BELMONT, NC 28012


DAVID KING
134 BEACH ST
BOSTON, MA 02111


DELTA DENTAL
PO BOX 535183
ATLANTA, GA 30353-5183


DERWIN L RICHMOND
3806 NORTH UMBERLAND DR
GREENSBORO, NC 27406


DESIGN GO INC
2255 GLADES RD
SUITE 324A
BOCA RATON, FL 33431


DIVISION OF MOTOR VEHICLE
PO BOX 29620
RALEIGH, NC 27626-0620

DUKE POWER
PO BOX 70516
CHARLOTTE, NC 28272-0516


EAGLE CREEK TRAVEL
PO BOX 797096
ST LOUIS, MO 63179-7000


ENVIROSAX LLC
8520 PRODUCTION AVE
SAN DIEGO, CA 92121


ESSENTIAL GEAR INC
171 WELLS ST
GREENFIELD, MA 01301


ESTHER M NGO
3811 COTSWOLD AVE
GREENSBORO, NC 27410


ESTHER RIVERA
243 MCDUFFIE LN
FT MILL, SC 29715


EXCALIBUR ELECTRONICS
13755 SW 119 AVE
MIAMI, FL 33186


FABER-CASTELL
PO BOX 634500
CINCINNATI, OH 45263-4500


FELICIA KARL
201 S HOSKINS RD
CHARLOTTE, NC 28208


FEMMED INC/GOGIRL
11601 MINNETONKA MILLS RD
SUITE F
MINNETONKA, MN 55305


FIBERLOK
DEPT #821
DENVER, CO 80291-0821

FISHER SPACE PEN
711 YUCCA STREET
BOULDER CITY, NV 89005-1905


FLEET TRUCK SERVICE
7000 GRIFFITH RD
CHARLOTTE, NC 28217


FOUNDRY ACCESSORIES LLC
43 W 24TH ST
8TH FLOOR
NEW YORK, NY 10010


FRANKLIN T SCOTT
309 CARDINAL DR
CLAYTON, NC 27520


GATE HOUSE FURNITURE
PO BOX 67365
CHESTNUT HILL, MA 02467


GENESCO INC (JOHNSTON)
4008 RELIABLE PKWY
CHICAGO, IL 60686


GERARD A CASS
5190 LAUREL VIEW DR
WINSTON-SALEM, NC 27104


GGP/HOMART II LLC-CPMALL
CAROLINA PLACE SDS-12-3058
PO BOX 86
MINNEAPOLIS, MN 55486-3058


GIFTCRAFT INC
PO BOX 1270
GRAND ISLAND, NY 14072-8270


GILA PRODUCTS LLC
181 EAST HALSEY RD
PARSIPPANY, NJ 07054


GREAT AMERICA LEASING CO
PO BOX 660831
DALLAS, TX 75266-0831

```
GREENSMART/TD INNOVATIONS
PO BOX 190
NEVADA CITY, CA 95959


H PAUL STEIGER JR
1927 SHARON LN
CHARLOTTE, NC 28211


H. PAUL STEIGER
1927 SHARON LN
CHARLOTTE, NC 28211


HAMPTON-HADDON MARKETING
4700 WISSAHICKON AVE
PHILADELPHIA, PA 19144


HARTMANN LUGGAGE COMPANY
PO BOX 102965
ATLANTA, GA 30368-2965


HARVY CANES
34-35 COLLINS PL
FLUSHING, NY 11354-2790


HERITAGE INDUSTRIES
LOCKBOX 778062
8062 SOLUTIONS CENTER
CHICAGO, IL 60677-8000


HI-LOOK INC
12155 MAGNOLIA AVE
UNIT 8-C
RIVERSIDE, CA 92503


HIGH SIERRA SPORT CO
880 CORPORATE WOODS PARKWAY
VERNON HILLS, IL 60061-3164


HMSHOST CORPORATION
7217 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


HOBO INTERNATIONAL
1819 BAY RIDGE AVE
ANNAPOLIS, MD 21403
```

HUGO BOSCA COMPANY INC
PO BOX 777
SPRINGFIELD, OH 45501


INTERNATIONAL ENVIRONMENT
24516 NETWORK PL
CHICAGO, IL 60673-1245


INTERNATIONAL LEATHER
180 LAFAYETTE ROAD
NORTH HAMPTON, NH 03862


IVORY ROSE
5649 LIBERTY HILL RD
CATAWBA, SC 29704


J WORLD SPORTS INC
210 S NEWMAN ST
HACKENSACK, NJ 07601


JACK GEORGES
823 MAIN AVE
PASSAIC, NJ 07055


JAMES C DAWKINS
4516 SWAN MEADOWS LN
CHARLOTTE, NC 28277


JANET CANNON
14309 SOLDIER RD
CHARLOTTE, NC 28278


JANSPORT
13911 COLLECTIONS CENTER DR
CHICAGO, IL 60693


JASON L MANGRUM
1718 AMHERST PL
CHARLOTTE, NC 28204


JEANNE E WRIGHT
435 PEARSON DR
ASHEVILLE, NC 28801

JEFFREY OBERG
8912 CARASTAN DR
CHARLOTTE, NC 28216


JG WINSTON-SALEM, LLC
PO BOX 74314
CLEVELAND, OH 44194-4314


JOHN M DURHAM
11324 VISTA CANYON DR
CHARLOTTE, NC 28226


KARA M STEPHENS
8229 CEDAR BARK ST
HICKORY, NC 28602


KATELYN S DILLARD
3601 HERRING GULL PL
WAKE FOREST, NC 27587


KELTY PACK INC
PO BOX 13593
NEWARK, NJ 07188-0593


KIM WEBB
PO BOX 877
DENVER, NC 28037


KIVA DESIGNS INC
PO BOX 851197
RICHARDSON, TX 75085-1197


KNOMO
1112 NAVAHO DR
BRENTWOOD, TN 37027


KOBOLD INTERNATIONAL
10 HARBOUR DR SOUTH
OCEAN RIDGE, FL 33435


KRYSTAL BURRELL
10812 RIO BLUFF DR
RALEIGH, NC 27614

LABELS DIRECT INC
664 TRADE CENTER BLVD
CHESTERFIELD, MO 63005


LAMY\FILOFAX
372 DANBURY ROAD
SUITE 171
WILTON, CT 06897


LANDOR & HAWA
DEPT 6026
CAROL STREAM, IL 60122-6026


LAUREN ZIMMERMAN
10311 ARROW CREEK DR
RALEIGH, NC 27617


LC INDUSTRIES
PO BOX 87618
CHICAGO, IL 60680-0618


LEAH BABRAMS
15 OTEEN PARK PL
ASHEVILLE, NC 28805


LILLIAM WYER
6050 HEATH VALLEY RD
CHARLOTTE, NC 28210


LINCOLN NATIONAL LIFE
PO BOX 0821
CAROL STREAM, IL 60132-0821


LINDA H MCNULTY
5404 PONDFIELD DRIVE
GREENSBORO, NC 27410


LINDSEY ALLEN
5995 LAKE WYLIE ROAD
CLOVER, SC 29710


LISELOTTE M ROSS
4504 YADKIN DR
RALEIGH, NC 27609

```
LODIS
10455 JEFFERSON BLVD
CULVER CITY, CA 90232


LOGAN HOWE
6449 BENTRIDGE DR
CHARLOTTE, NC 28226


LOGISOURCE
PO BOX 10200
MATTHEWS, NC 28106


LUGGAGE HUGGERS LLC
11656 N 135TH PL
SCOTTSDALE, AZ 85259


LYNNE C DE LUCA
PO BOX 911
ASHEVILLE, NC 28802


M.H. BERTUCCI
PO BOX 377
METROPOLIS, IL 62960


MARY ELIZABETH SPOHN
16 FAIRWAY RIDGE
LAKE WYLIE, SC 29710


McKLEIN COMPANY L.L.C
5412A WEST ROOSEVELT RD
CHICAGO, IL 60644


MECKLENBURG CNTY TAX COLL
PO BOX 71063
CHARLOTTE, NC 28232-1063


MELE JEWEL BOX
PO BOX 6538
UTICA, NY 13504-6538


MEREDITH MELTON
2406 GRACEWOOD CT
GREENSBORO, NC 27408
```

MONICA WYNIEMKO
3901 ADMIRAL AVE
CHARLOTTE, NC 28205


MOUNTAIN SHADES
11931 I-70 FORNTAGE RD NORTH
WHEAT RIDGE, CO 80033


MUZAK LLC
PO BOX 71070
CHARLOTTE, NC 28272-1070


MY OILCLOTH INC
203 POND AVE
BROOKLINE, MA 02445


MYWALIT.COM
6908 WELLS PARKWAY
UNIVERSITY PARK, MD 20782


NANDA HOME INC
116 KERBY RD
GROSSE POINTE, MI 48236


NATIONAL GEOGRAPHIC
PO BOX 932070
KANSAS CITY, MO 64193


NC DEPARTMENT OF REVNUE
RALEIGH, NC 27640


NEQWA ART
545 N COWAN
BUILDING J
LEWISVILLE, TX 75057


NICHOLAS W GENTILE
1876 LILLYWOOD LN
FT MILL, SC 29707


NIPOC (TROIKA)
PO BOX 6666
WEST PALM BEACH, FL 33405

NLDA ASSOCIATES
PO BOX 95227
CHICAGO, IL 60694-5227


NORTHFACE
13911 COLLECTIONS CENTER DR
CHICAGO, IL 60693


OHIO TRAVEL BAG
6481 DAVIS INDUSTRIAL PARKWAY
SOLON, OH 44139-3547


OPEN HAND DESIGNS INC
3000 LANGFORD RD
SUITE 2600
NORCROSS, GA 30071


OVERLAND EQUIPMENT
2145 PARK AVE
SUITE 4
CHICO, CA 95928


PACSAFE
PO BOX 12208
EVERETT, WA 98206


PARAGON
1111-A BELL AVE
TUSTIN, CA 92780


PAYCHEX INC
4015 MEETING WAY SUITE 101
HIGH POINT, NC 27265


PIEDMONT FILTER SERVICE
4667 EDGELAND ROAD
EDGEMOOR, SC 29712


PIEDMONT NATURAL GAS
PO BOX 533500
ATLANTA, GA 30353-3500


PINNACLE VENTURES
PO BOX 8198
WARWICK, RI 02888

```
POO-POURRI
17618 DAVENPORT RD
SUITE 2
DALLAS, TX 75252


PRIVATE RESERVE INK
PO BOX 704
ZIONSVILLE, IN 46077


PROGRESS ENERGY
RALEIGH, NC 27698-0001


RASHAD L WEATHERS
5715 OAKCREST GREEN DR
CHARLOTTE, NC 28217


REAGAN S TATE
7027 BRANDEMERE LN
WINSTON-SALEM, NC 27106


RETRO 1951 INC
PO BOX 852980
RICHARDSON, TX 75085-2980


RICARDO BEVERLY HILLS
DEPT. #2498
LOS ANGELES, CA 90084-2498


ROBERT A MUNGO
13693 ST THOMAS DR
STANFIELD, NC 28163


ROBERT W RAY
2006 PASSAIC WAY
APEX, NC 27523


RONALD BBEARDSLEY
3018 ENDERBURY DR
INDIAN TRAIL, NC 28079


RUSCO FIXTURE CO INC
PO BOX 598
OAKBORO, NC 28129
```

SAFECALL INC
2818 QUEEN CITY DR
SUITE O
CHARLOTTE, NC 28208


SAMSONITE
DEPT CH 19296
PALATINE, IL 60055-9296


SCULLY SPORTSWEAR, INC.
1701 PACIFIC AVE
OXNARD, CA 93033


SHEDRAIN CORPORATION
PO BOX 55460
PORTLAND, OR 97238


SHEEVA HARRIS
9 GARDENWOOD LN
ASHEVILLE, NC 28803


SHELIA BROOME
10029 NORTHWOODS FOREST DR
CHARLOTTE, NC 28214


SHERROD E ROGERS
175 HAVENWOOD DR
WINSTON-SALEM, NC 27127


SIENNA WYNIEMKO
5323 MOUNTAIN PT LN
CHARLOTTE, NC 28216


SIGNS NOW#40
1310 S CHURCH ST
CHARLOTTE, NC 28203


SIGNS UNLIMITED
607 ELLIS RD
SUITE 51-A
DURHAM, NC 27703


SITHULISIWE MANGENA
10 BROADVIEW DR
ASHEVILLE, NC 28803

SKAGEN DESIGNS
DEPT 1408
DENVER, CO 80291


SKYWAY LUGGAGE
30 WALL STREET
SEATTLE, WA 98121-1392


SNS INTERNATIONAL
21420 DE LA OSA ST
WOODLAND HILLS, CA 91364


SNYDER PAPER COMPANY
PO BOX 60940
CHARLOTTE, NC 28260


SONITROL SECURITY
815 WOOD RIDGE CENTER DR
CHARLOTTE, NC 28217


SOUTHPARK MALL, LP
PO BOX 409276
ATLANTA, GA 30384-9276


SOY BASICS
375 INDUSTRIAL AVE
NEW HAMPTON, IA 50659


STAPLES
DEPT ATL
PO BOX 405386
ATLANTA, GA 30384-5386


STEIFF NORTH AMERICA
425 PARAMOUNT DR
RAYNHAM, MA 02767


STEIGER FAMILY HOLDINGS, LLC
1927 SHARON LN
CHARLOTTE, NC 28211


STEPHEN JOSEPH
4302 IRONTON AV
LUBBOCK, TX 79407

STEPHEN L TAYLOR
5404 PICKET FENECE LN
RALEIGH, NC 27606


STEWART/STAND
68 JAY ST
BROOKLYN, NY 11201


SUSAN ROBERTS
903 NORTH SIXTH STREET
BESSEMER CITY, NC 28016


SWISS ARMY WATCH
PO BOX 845362
BOSTON, MA 02284-5362


SYLVIA M WILLIAMS
2034 CORTELYOU RD
CHARLOTTE, NC 28211


SYLVIA ROBINSON
1509 FIELDCREST CIRCLE
ROCK HILL, SC 29732


T&M WINDOW WASHING
PO BOX 2263
THOMASVILLE, NC 27361-2263


TACCIA INTERNATIONAL INC
17065 SAN BRUNO ST
UNIT A
FOUNTAIN VALLEY, CA 92708


TALUS CORP
470 RIVERSIDE ST
PORTLAND, ME 04103


TERRI L RICHARDSON
30 ALLEN AVE
ASHEVILLE, NC 28803


THAC VANG
9416 LAWING SCHOOL RD
CHARLOTTE, NC 28215

THE FIXERY
80 MOTT AVENUE
INWOOD, NY 11096-2318


THOMAS REISER
7228 JARDINIERE COURT
CHARLOTTE, NC 28226


THULE
DEPT CH 19134
GAINESVILLE, TX 76241-1638


TIMOTHY J BORDEN
9411 WILLOW RIDGE RD
CHARLOTTE, NC 28210


TITAN LUGGAGE USA
634 TRADE CENTER DR
LAS VEGAS, NV 89119-3712


TMC MUSICALS
PO BOX 3012
16617 S NORMANDIE AVE, STE A
GARDENA, CA 90247


TRAVELON
4407 SOLUTION CENTER
CHICAGO, IL 60677-4004


TRAVELPRO
36991 TREASURY CENTER
CHICAGO, IL 60694-6900


TRG ACCESSORIES
PO BOX 795011
ST LOUIS, MO 63179-0795


TUCANO USA
166 FIFTH AVE
5TH FLOOR
NEW YORK, NY 10010


TUMI INC
PO BOX 7777
PHILADELPHIA, PA 19175-0612

ULTRA-OPTIX INC
PO BOX 120627
EAST HAVEN, CT 06512-0627


UMBRA INC
PO BOX 8000
DEPT NO 554
BUFFALO, NY 14267


UNITED MECHANICAL CORP
2811 CENTRAL AVENUE
CHARLOTTE, NC 28205


UNITED PARCEL SERVICE
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001


UNIVERSAL TATTOO LLC
433 S SPRING STREET
SUITE 1100
LOS ANGELES, CA 90013


US LUGGAGE
PO BOX 13722
NEWARK, NJ 07188-3722


VALERIE Z DUDLEY
1316 CIRCLEWOOD CT
RALEIGH, NC 27603


VERA BRADLEY DESIGNS
DEPARTMENT 6002
CAROL STREAM, IL 60122-6002


VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266-0108


VERNETTA DEVANE
3855 THORNABY CIRCLE
WINSTON-SALEM, NC 27107


VICTORINOX
PO BOX 845362
BOSTON, MA 02284-5362

```
WAGNER OF SWITZERLAND
2310 W 205TH ST
TORRANCE, CA 90501


WALLET PEN COMPANY
35 ISLAND FARM RD
CHARLOTTE, NC 05445


WASTE MANAGEMENT GASTONIA
PO BOX 105453
ATLANTA, GA 30348


WELLPATH
PO BOX 6526
CAROL STREAM, IL 60197-6526


WESTLAND GIFTWARE
30180 AHERN AVE
UNION CITY, CA 94587-1165


WESTMINSTER INC
159 ARMOUR DRIVE NE
ATLANTA, GA 30324


WILLIAM H CASKEY JR
101 SARDIS GROVE LN
MATTHEWS, NC 28105


WILMAR LEASING INC
PO BOX 221272
CHARLOTTE, NC 28222


WILSON SMITH
105 POTOMAC GROVE PLACE
CARY, NC 25719


WINDSTREAM
PO BOX 9001908
LOUISILLE, KY 40290-1908


WINN INTL CORP
2200 S BUSSE RD
SUITE B
MT PROSPECT, IL 60056-5543
```

```
WORDLOCK
2855 KIFER RD
SANTA CLARA, CA 95051


YAFA
21306 GAULT ST
CANOGA PARK, CA 91303


ZAFAR PROJECTS INC
1047 SYNNYDALE DR
CLEARWATER, FL 28273


ZERO MANUFACTURING
PO BOX 45833
SAN FRANCISCO, CA 94145
```

## CORPORATE RESOLUTION

I, H. Paul Steiger, being the President of Sharon Luggage Ltd., a North Carolina limited corporation (the "Company") having a corporate headquarters located at 8000 Arrowridge Boulevard, Charlotte, NC 28273 do hereby adopt the following resolutions by signing below to consent to action without holding a formal meeting of the Board of the Company:

RESOLVED, that the filing by the Company of a petition for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and it is

FURTHER RESOLVED, that the officers of the Company are authorized, empowered, and directed to execute on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, forms, schedules, application or any other pleadings or documents which are necessary or appropriate, including debtor-in-possession financing arrangements; and it is

FURTHER RESOLVED, that the retention on behalf of the Company of the law firm of Hamilton Moon Stephens Steele & Martin, PLLC, upon such terms and conditions as the officers of the Company shall approve, to render legal services to, and to represent the Company in connection with such chapter 11 proceedings and other related matters in connection therewith, is authorized and approved; and it is

FURTHER RESOLVED, that any of the officers of the Company are each severally authorized to retain on behalf of the Company such other professionals as the officers of the Company deem necessary or appropriate, upon such terms and conditions as the officers of the Company shall approve, to render services to the Company in connection with such chapter 11 proceedings and with respect to other related matters in connection therewith; and it is

FURTHER RESOLVED, that any of the officers of the Company are authorized, empowered, and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to bankruptcy court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all actions taken by the officers of the Company prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

Dated: Charlotte, North Carolina
        January 13, 2011


By:        _/s/ H. Paul Steiger_____
Name: H. Paul Steiger, President

{00236148.DOC V. S051.010914;}